

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONNEXION HEALTHCARE, INC., et al., Plaintiffs, | : : : | CIVIL ACTION |
| v. | : : | No.: 14-cv-2328 |
| ROBERT F. NATICCHIA, et. al. Defendants. | : : | |

**FILED**
JUN 1 6 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 16th day of June, 2014, after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated May 28, 2014, and any objections filed thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's "Motion for Preliminary Injunction" (Doc. No. 3) is DENIED as moot.

BY THE COURT:

C. DARNELL JONES, II, J.